FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

**IN THE UNITED STATES DISTRICT COURT** 2018 OCT 11  PM 5: 37
**FOR THE DISTRICT OF MARYLAND**
(Northern Division)
CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

| | |
|---|---|
| ERICK RIVERA, *et al.*, | |
| Plaintiffs, | |
| | Case No. ELH-15-1427 |
| v. | |
| MO'S FISHERMAN EXCHANGE, INC., *et al.*, | |
| Defendants. | |
| | |
| CLEMENTE GALVEZ, *et al.*, | |
| Plaintiffs, | |
| | Case No. ELH-17-2901 |
| v. | |
| MO'S FISHERMAN EXCHANGE, INC., *et al.*, | |
| Defendants. | |

## ~~[PROPOSED]~~ ORDER APPROVING SETTLEMENT

This matter having come before this Court on the Joint Motion for Approval of Settlement filed by the Plaintiffs and Defendants, it is my determination that this Settlement Agreement was the product of arms-length bargaining, that the parties were adequately represented, and that the Agreement represents a fair and just resolution of these consolidated cases. It is this 11th day of Oct , 2018, hereby ORDERED that:

1.  The Court approves the terms of this Settlement Agreement; and

2.  The Court shall maintain continuing jurisdiction over the matter per Sections 4.3 and 7.1 of the Settlement Agreement for the purposes of enforcing the Agreement's terms

and resolving any disputes arising out of the Agreement until all payments are made

under Section 2 of the Agreement, *subject to a motion to reopen.*

*3. The Clerk is directed to close this case.*

Date: 10/11/18

Ellen L. Hollander, Judge
U.S. District Court for the District of Maryland

2